UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**OHIO FRESH EGGS, LLC,** *et. al.***,**

    **Plaintiffs,**

                                          **Civil Action 2:13-cv-13**
   **v.**                                        **Judge Algenon L. Marbley**
                                          **Magistrate Judge Elizabeth P. Deavers**

**HERSHEY EQUIPMENT CO., INC.,**

    **Defendant.**

**ORDER**

    This matter is before the Court for consideration of the April 2, 2013 Report and Recommendation of the United States Magistrate Judge. (ECF No. 14.) The Magistrate Judge recommended that the Court Grant Plaintiff's Motion for Remand and remand this case to the Licking County Court of Common Pleas.

    In the Report and Recommendation, the Magistrate Judge advised the parties that the failure to object to the within fourteen days results in a "waiver of the right to have the district judge review the Report and Recommendation *de novo*." (Report and Recommendation 6, ECF No. 14.) The time period for filing objections to the Report and Recommendation has expired. Neither party has objected.

    The Court has reviewed the Report and Recommendation. Noting that no objections have been filed and that the time for filing such objections expired, the Court **ADOPTS** the

Report and Recommendation.  Accordingly, Plaintiff's Motion for Remand is **GRANTED**.  This case is **REMANDED** to the Licking County Court of Common Pleas.

  **IT IS SO ORDERED**.

               s/Algenon L. Marbley
              **ALGENON L. MARBLEY**
              **UNITED STATES DISTRICT COURT**

**Dated: May 20, 2013**